**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1238

DELVA NEWHOUSE, as the Administratrix of the Estate of William Perry Newhouse, III,

Plaintiff - Appellant,

and

ESTATE OF WILLIAM PERRY NEWHOUSE, III; WILLIAM PERRY NEWHOUSE, and Executor of his Estate,

Plaintiffs,

v.

ETHICON, INC., et al; ETHICON ENDO-SURGERY INC., et al; JOHNSON & JOHNSON, INC., et al,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:17-cv-02735)

Submitted:  August 25, 2020                    Decided:  August 27, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Delva Newhouse, Appellant Pro Se. Natalie Rose Atkinson, Philip Combs, THOMAS COMBS & SPANN, PLLC, Charleston, West Virginia; Susanna Moore Moldoveanu, BUTLER SNOW LLP, Memphis, Tennessee, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delva Newhouse appeals the district court's orders granting summary judgment to the defendants on her products liability complaint and denying her motion for relief from judgment pursuant to Fed. R. Civ. P. 60. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Newhouse v. Ethicon, Inc.*, No. 2:17-cv-02735 (S.D.W. Va. Feb. 7, 2020 & Feb. 24, 2020). We also deny Newhouse's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*